IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA CLARK, individually and on behalf
Of all others similarly situated                                              PLAINTIFF

V.                                    Case No. 4:21CV000668 JM

SADDLE PEAK, LLC                                                              DEFENDANT

## ORDER

Defendant has filed a motion to compel arbitration and to dismiss Plaintiff's class action complaint. (Docket #6). Plaintiff has responded and agrees that an enforceable arbitration agreement exists between Clark and Defendant. Plaintiff seeks to voluntarily dismiss all class and collective action claims contained in the Complaint. Plaintiff's motion for voluntary nonsuit of the class and collective action claims is GRANTED. All class and collective action claims are dismissed without prejudice.

The remaining claims of Plaintiff against Defendant will be administratively stayed pending arbitration.

IT IS SO ORDERED this 13th day of October, 2021.

_____
James M. Moody, Jr.
United States District Judge